# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:

Case No. 6:17-bk-07557-ABB

KERRI JEANNE BEHRENS

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Laurie K. Weatherford, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/04/2017.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 02/21/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $158,490.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $0.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$0.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $0.00 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$0.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ARMANDO CASTRO | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| BEST CARE EMERGENCY | Unsecured | 1,186.00 | NA | NA | 0.00 | 0.00 |
| BRIAN BEHRENS | Unsecured | 3,027.00 | NA | NA | 0.00 | 0.00 |
| CARDWORKS/CW NEXUS | Unsecured | 766.00 | NA | NA | 0.00 | 0.00 |
| CASH NET USA | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CENTER STATE BANK | Unsecured | 130.33 | NA | NA | 0.00 | 0.00 |
| CENTRAL FLORIDA PATHOLOGY | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| CENTURYLINK COMMUNICATION | Unsecured | 1,002.86 | 1,002.86 | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 337.49 | NA | NA | 0.00 | 0.00 |
| EMERGENCY PHYSICIAN SOLUTIO | Unsecured | 925.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY PHYSICIAN SOLUTIO | Unsecured | 1,367.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY PHYSICIAN SOLUTIO | Unsecured | 1,367.00 | NA | NA | 0.00 | 0.00 |
| FLORIDA EMERGENCY PHYSICIAN | Unsecured | 915.00 | NA | NA | 0.00 | 0.00 |
| FLORIDA EMERGENCY PHYSICIAN | Unsecured | 1,312.00 | NA | NA | 0.00 | 0.00 |
| FLORIDA EMERGENCY PHYSICIAN | Unsecured | 1,830.00 | NA | NA | 0.00 | 0.00 |
| GEICO | Unsecured | 252.60 | NA | NA | 0.00 | 0.00 |
| GOLD KEY CREDIT INC | Unsecured | 1,312.00 | NA | NA | 0.00 | 0.00 |
| GOLD KEY CREDIT INC | Unsecured | 915.00 | NA | NA | 0.00 | 0.00 |
| GOLD KEY CREDIT INC | Unsecured | 2,227.00 | NA | NA | 0.00 | 0.00 |
| GREAT PLAINS LENDING | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS COLLECTIONS | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| INTERGRATED REG LAB PATH | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| INTERGRATED REG LAB PATH | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LL | Unsecured | 756.00 | 756.67 | NA | 0.00 | 0.00 |
| LEND UP | Unsecured | 236.40 | NA | NA | 0.00 | 0.00 |
| LONG WATER EMERG PHYS LLC | Unsecured | 1,621.00 | NA | NA | 0.00 | 0.00 |
| MARIE NELSON | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 711.00 | 766.20 | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND FUNDING | Unsecured | 763.00 | NA | NA | 0.00 | 0.00 |
| MOBILOANS | Unsecured | 1,376.00 | NA | NA | 0.00 | 0.00 |
| NELNET LOAN SERVICES | Unsecured | 21,688.00 | NA | NA | 0.00 | 0.00 |
| NELNET ON BEHALF OF COLLEGE | Unsecured | 50,539.00 | 72,974.74 | NA | 0.00 | 0.00 |
| ORLANDO DIAGNOSTIC CENTER | Unsecured | 138.45 | NA | NA | 0.00 | 0.00 |
| OSCEOLA REGIONAL MEDICAL CEI | Unsecured | 641.10 | 641.10 | NA | 0.00 | 0.00 |
| OSCEOLA REGIONAL MEDICAL CEI | Unsecured | 784.11 | 756.95 | NA | 0.00 | 0.00 |
| OSCEOLA REGIONAL MEDICAL CEI | Unsecured | 2,019.47 | 2,019.47 | NA | 0.00 | 0.00 |
| OSCEOLA REGIONAL MEDICAL CEI | Unsecured | NA | 2,740.85 | NA | 0.00 | 0.00 |
| OSCEOLA REGIONAL MEDICAL CEI | Unsecured | NA | 100.00 | NA | 0.00 | 0.00 |
| PHOENIX FINANCIAL SERVICES | Unsecured | 2,865.00 | NA | NA | 0.00 | 0.00 |
| POINCIANA MEDICAL CENTER | Unsecured | 6,971.88 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIAT | Unsecured | 359.64 | 418.08 | NA | 0.00 | 0.00 |
| PULMONARY DISEASE SPECIALIST | Unsecured | 63.75 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 1,579.12 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY SPECIALIST OF FLA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY SPECIALIST OF FLA | Unsecured | 33.48 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORPOR. | Secured | 26,004.29 | 15,416.02 | 15,416.02 | 0.00 | 0.00 |
| RENT-A-CENTER EAST, INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ROBERT BEHRENS | Unsecured | 2,800.00 | NA | NA | 0.00 | 0.00 |
| SELENE FINANCE, LP | Secured | 0.00 | 264,112.78 | NA | 0.00 | 0.00 |
| SHADOW BAY COMMUNITY | Secured | 2,030.60 | NA | NA | 0.00 | 0.00 |
| SHERIDAN RADIOLOGY SERVICES | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| SHERIDAN RADIOLOGY SERVICES | Unsecured | 647.00 | NA | NA | 0.00 | 0.00 |
| SHERIDAN RADIOLOGY SERVICES | Unsecured | 962.00 | NA | NA | 0.00 | 0.00 |
| SUN TRAIL INPATIENT SRVS LLC | Unsecured | 1,244.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC. | Unsecured | 828.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC. | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| TREVOR GLAUSEN | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK, N.A. | Secured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $15,416.02 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$15,416.02** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $0.00 | |
| Disbursements to Creditors | $0.00 | |
| **TOTAL DISBURSEMENTS** : | | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/19/2018

By: /s/ Laurie K. Weatherford
_____
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**